UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
17-4080-DHH

UNITED STATES OF AMERICA

v.

ADAM GERMANO

## MEMORANDUM AND ORDER OF DETENTION

April 5, 2017

Hennessy, M.J.

Defendant Adam Germano is charged in a Criminal Complaint with Distribution of a controlled substance, in violation of 21 U.S.C. § 841(a)(1), and aiding and abetting that offense, in violation of 18 U.S.C. § 2.  This court conducted an initial appearance on March 31, 2017, the date of Defendant's arrest, and appointed counsel to represent Defendant.  The government moved for detention, pursuant to the Bail Reform Act, and this court continued the case to April 5, 2017 for a preliminary hearing and detention hearing.

On April 5, 2017, Defendant waived his right to a preliminary hearing orally and in writing.  In addition, Defendant, through counsel, assented to a voluntary order of detention without prejudice to his right to seek release on conditions at a later date.

Accordingly, it is ORDERED that Defendant be DETAINED pending trial, and it is further ORDERED -

(1) That Defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) That Defendant be afforded a reasonable opportunity for private consultation with counsel; and

(3) On order of a court of the United States or on request by an attorney for the government, the person in charge of the corrections facility in which Defendant is detained and confined deliver Defendant to an authorized Deputy United States Marshal for the purpose of any appearance in connection with a court proceeding.

This order is without prejudice to Defendant moving at any time for a hearing to consider the issue of pre-trial release, regardless whether there have been changed circumstances.

/ s / David H. Hennessy
David H. Hennessy
United States Magistrate Judge