UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>ADAM GERMANO )<br>)<br>Defendant. )<br>) | Docket No. 4:17-cr-40044-TSH |

**JOINT MEMORANDUM PURSUANT TO LOCAL RULE 116.5(b) and (c)**

The United States of America and the defendant Adam Germano ("Defendant") through their respective counsel, hereby submit this joint memorandum addressing Local Rule 116.5(b) and (c).

**The United States and the Defendant jointly request that the status conference scheduled for January 5, 2018 be cancelled and that this case be transferred to the district judge.** In the alternative, the parties ask that the Court treat the interim status conference as a final status conference under Rule 116.5(c) and transfer the case to the district judge.

**I.    Local Rule 116.5(c)(1)**

The Defendant requests that the case be transferred to the district judge for a Rule 11 hearing.

**II.    Local Rule 116.5(c)(2)**

The parties do not anticipate pretrial motions or any need for a pretrial conference.

**III.    Local Rule 116.5(c)(3)**

The parties note that they presently anticipate entering into a plea agreement pursuant to Fed. R. Crim. P. 11(c)(1)(B).

Finally, the parties agree that the period from the presently-scheduled interim status

conference on January 5, 2018 and the not-yet-scheduled Rule 11 hearing should be excluded pursuant to 18 U.S.C. § 3161(h)(1).

Respectfully submitted,

| ADAM GERMANO | | | ANDREW E. LELLING |
| --- | --- | --- | --- |
| | | | UNITED STATES ATTORNEY |

By: /s/ *Blake J. Rubin*   (by WFA)    By:/s/   *William F. Abely*
      Blake J. Rubin                                   William F. Abely
      300 Main Street                                Assistant U.S. Attorney
      Worcester, MA 01608                       Donohue Federal Building
      rubin@attorneyrubin.com                595 Main Street
                                                              Worcester, Massachusetts 01608
                                                              william.abely@usdoj.gov

Date: January 5, 2018

## **CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                            /*s/ William F. Abely*
                            William F. Abely
                            Assistant U.S. Attorney

Date:   January 5, 2018